# Court of Appeals
# of the State of Georgia

ATLANTA, July 10, 2026

*The Court of Appeals hereby passes the following order:*

## A26D0591.  KELLY WAITE v. GERRARD WAITE.

On June 17, 2026, Kelly Waite, proceeding pro se, filed this application for discretionary appeal seeking review of a trial court order entered on February 26, 2026 in this divorce action that incorporated two juvenile court orders addressing child custody and contempt. We, however, lack jurisdiction.

An application for discretionary review must be filed within 30 days of entry of the order or judgment to be appealed. See OCGA § 5-6-35(d). Compliance with this statutory deadline is an absolute requirement to confer jurisdiction in this Court, and thus, the untimely filing of a discretionary application requires its dismissal. See *Gable v. State*, 290 Ga. 81, 82(2)(a) (720 SE2d 170) (2011). Waite's application was untimely filed 111 days after entry of the order she seeks to appeal. Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 07/10/2026

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*